**WEITZ & LUXENBERG**
A PROFESSIONAL CORPORATION
· LAW OFFICES ·

700 BROADWAY • NEW YORK, NY 10003-9536
TEL. 212-558-5500   FAX 212-344-5461
WWW.WEITZLUX.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2022

May 26, 2022

*Via ECF*

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Brown v. Cover Girl Cosmetics and Coty, Inc.*, No. 1:22-cv-02696-AT

Dear Judge Torres:

The parties write jointly pursuant to Your Honor's Individual Rule I.C. to request an adjournment of the date by which a proposed Case Management Plan and Scheduling Order must be submitted to the Court. The proposed Case Management Plan and Scheduling Order is currently due on or before May 31, 2022. (Dkt. 6.) Previously, the Court granted a motion by defendant Coty, Inc. to extend its responsive pleading deadline to June 16, 2022. (Dkt. 12.) Because motion practice under this Court's Rule III.B. and Federal Rule of Civil Procedure 12 is anticipated on or around June 16, 2022, the parties jointly request that the Case Management Plan and Scheduling Order be due within twenty-one (21) days of this Court's order resolving defendants' motion to dismiss. The parties have not previously requested an adjournment or extension of the deadline to submit a Case Management Plan and Scheduling Order. Further, the requested adjournment will not affect any other scheduled dates in this matter.

The parties appreciate the Court's time and attention in this matter.

DENIED.  The parties may move to stay discovery after Defendants' motion to dismiss is fully briefed.

SO ORDERED.

Dated: May 26, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge