UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH BROWN, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

COVER GIRL COSMETICS and COTY, INC,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2022
```

22 Civ. 2696 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter, ECF No. 25, and proposed case management plan provided via email. The Court shall permit 150 days for fact discovery and 45 days for expert discovery. By **June 23, 2022**, the parties shall submit a revised proposed case management plan.

    SO ORDERED.

Dated: June 17, 2022
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge