UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH BROWN, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

COVER GIRL COSMETICS and COTY, INC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/28/2022

22 Civ. 2696 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' pre-motion letters dated June 16 and 24, 2022. ECF Nos. 26 & 29. Accordingly:

1. Defendant Coty, Inc.'s request to file a motion to dismiss is GRANTED;
2. By **July 26, 2022**, Defendant shall file its motion to dismiss;
3. By **August 25, 2022**, Plaintiff shall file her opposition papers; and
4. By **September 15, 2022**, Defendant shall file its reply, if any.

    Further, by **July 5, 2022**, Plaintiff shall file a notice of dismissal for Cover Girl Cosmetics as contemplated at ECF No. 29.

    SO ORDERED.

Dated: June 28, 2022
         New York, New York

                                          ANALISA TORRES
                                       United States District Judge