## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH BROWN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>COVER GIRL COSMETICS and COTY, INC,<br><br>      Defendants. | Civil Action No.: 22 Civ. 2696 (AT) |

### NOTICE OF DISMISSAL OF DEFENDANT COVER GIRL COSMETICS

      COMES NOW, Plaintiff Deborah Brown, by and through her counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Order of Court dated June 28, 2022 (Dkt. 30), hereby gives notice that all claims against Defendant Cover Girl Cosmetics are hereby dismissed.

Dated: July 5, 2022
      New York, New York

Respectfully submitted,

/s/ James Bilsborrow
James Bilsborrow
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
(212) 558-5500
jbilsborrow@weitzlux.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2022, I electronically filed the foregoing document using the CM/ECF system, which will serve notification of such filing on all counsel of record.

/s/ James Bilsborrow