**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEBORAH BROWN, individually and on behalf of all others similarly situated,

     Plaintiffs,

  v.

COTY, INC.,

     Defendant.

Civil Case No. 1:22-cv-02696

Judge Analisa Torres

**DEFENDANT COTY INC.'S NOTICE OF MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

**NOTICE OF MOTION TO DISMISS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 500 Pearl Street, New York, New York, 10007-1312, on a date and time to be determined by the above-captioned Court, Defendant Coty Inc. ("Coty") will and hereby does move for an order to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and for such other relief as the Court may deem just and proper.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Lori B. Leskin, and all pleadings, papers and other documentary materials in the Court's file for this action, those matters of which this Court takes judicial notice and incorporates by reference, and such other matters as this Court may consider.

**STATEMENT OF RELIEF SOUGHT**

Coty seeks an order pursuant to 12(b)(1) and 12(b)(6) dismissing the Complaint for failure to state a claim upon which relief can be granted, and for lack of subject matter jurisdiction.

- 2 -

Dated:  July 26, 2022                                    ARNOLD & PORTER KAYE SCHOLER LLP


                                        By:    */s/ Lori B. Leskin*
                                               Lori B. Leskin

                                               250 West 55th Street
                                               New York, New York 10019
                                               Phone: (212) 836-8541
                                               Lori.Leskin@arnoldporter.com

                                               *Attorney for Defendants*
                                               COTY INC.