W   E   I   T   Z

&

L   U   X   E   N   B   E   R

A   PROFESSIONAL   CORPORATI

• LAW OFFICES •

**700 BROADWAY** • **NEW YORK, NY 10003-9536**
**TEL. 212-558-5500** • **FAX 212-344-5461**
**WWW.WEITZLUX.COM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/27/2022_

July 25, 2022

*Via ECF*

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      ***Re:***    ***Brown v. Cover Girl Cosmetics and Coty, Inc.***, No. 1:22-cv-02696-AT

Dear Judge Torres:

      The parties write jointly pursuant to Your Honor's Individual Rule I.C to request an extension of the date by which an agreed upon confidentiality agreement, ESI protocol, and claw back agreement must be submitted for the Court's review. Paragraph 13(C)-(D) of the Civil Case Management Plan and Scheduling Order (Dkt. 31) states that the aforementioned orders will be submitted on or before July 25, 2022. The parties have met and conferred and exchanged draft orders and are working to reach an agreement but have not yet done so. Accordingly, the parties request a one-week extension, until August 1, 2022, to submit an agreed upon confidentiality agreement, ESI protocol, and claw back agreement. The parties have not previously requested an extension of these submission dates. The requested extension will not affect any other scheduled dates in this matter.

      The parties appreciate the Court's time and attention in this matter.

GRANTED.

Dated: July 27, 2022
     New York, New York

                           _____
                             **ANALISA TORRES**
                     **United States District Judge**