**WEITZ & LUXENBERG**
A PROFESSIONAL CORPORATION
· LAW OFFICES ·

700 BROADWAY • NEW YORK, NY 10003-9536
TEL. 212-558-5500   FAX 212-344-5461
WWW.WEITZLUX.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2022

August 10, 2022

*Via ECF*

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Brown v. Cover Girl Cosmetics and Coty, Inc.*, No. 1:22-cv-02696-AT

Dear Judge Torres:

    The parties write jointly pursuant to Your Honor's Individual Rule I.C to request an extension of the date by which an agreed upon ESI protocol must be submitted for the Court's review. Paragraph 13(C) of the Civil Case Management Plan and Scheduling Order (Dkt. 31) states that the aforementioned order will be submitted on or before July 25, 2022. On July 27, the Court granted the parties additional time to jointly submit an ESI protocol. (Dkt. 38.) The parties have met and conferred multiple times since July 25 and exchanged draft protocols. Although this process has narrowed the disputes between the parties, more time is required to attempt to reach an agreement. Accordingly, the parties request permission to submit an agreed upon ESI protocol on or before August 26, 2022 or, if they cannot reach agreement, to submit a joint letter describing the remaining disputes and proposing competing provisions. No document productions are due prior to that date and thus the requested extension will not affect any other scheduled dates in this matter.

    The parties appreciate the Court's time and attention in this matter.

GRANTED.

SO ORDERED.

Dated: August 12, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge