UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH BROWN, individually and on behalf
of all others similarly situated,

                              Plaintiff,

              -against-

COTY, INC,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/1/2022__
```

22 Civ. 2696 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' submissions dated October 13, 2022, and November 30, 2022. ECF Nos. 51, 55. Accordingly:

1. The parties' request to stay discovery at ECF No. 51 is DENIED. Fact discovery in this action closed on November 21, 2022, and expert discovery will close on January 5, 2023. ECF No. 31 ¶¶ 5, 7(a). By **December 9, 2022,** the parties shall submit any requests to extend discovery via a revised proposed case management plan.

2. The parties' request to adjourn the case management conference scheduled for December 7, 2022, "until after the Court rules on [Defendant]'s motion to dismiss," ECF No. 55 at 1, is GRANTED in part and DENIED in part. The case management conference scheduled for December 7, 2022, is ADJOURNED to **February 21, 2023,** at **10:40 a.m.**

The Clerk of Court is directed to terminate the motion at ECF No. 51.

SO ORDERED.

Dated: December 1, 2022
       New York, New York

ANALISA TORRES
United States District Judge