```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/15/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH BROWN, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

COTY, INC,

                Defendant.

22 Civ. 2696 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **May 22, 2023**, the parties shall file a joint letter stating their position on alternative dispute resolution. ECF No. 60 ¶ 10.

    SO ORDERED.

Dated: May 15, 2023
       New York, New York

                              ANALISA TORRES
                         United States District Judge