UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH BROWN, MARIE GIORDANO, JESSICA CARDE-HARTMAN, DARLENE BOBCZYK, GWENDOLYN SIMMONS, MARI MILLER, APRIL ZACARIAS, BUFFY MARIE INGLE, and CHRISTINA CHADWELL, and DEENA SCANDORE, individually and on behalf of all others similarly situated,

                              Plaintiffs,

-against-

COTY, INC,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/23/2023_

22 Civ. 2696 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letter dated May 22, 2023. ECF No. 68. Under Paragraph 10 of the case management plan, the parties are required to select a mechanism for alternative dispute resolution ("ADR") and suggest a time for its use. ECF No. 60 ¶ 10. The parties' letter does neither. Accordingly, by **May 26, 2023**, the parties shall resubmit a joint letter stating their position on ADR. ECF No. 65.

      SO ORDERED.

Dated: May 23, 2023
       New York, New York

                                                      ANALISA TORRES
                                               United States District Judge