UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH BROWN, MARIE GIORDANO, JESSICA CARDE-HARTMAN, DARLENE BOBCZYK, GWENDOLYN SIMMONS, MARI MILLER, APRIL ZACARIAS, BUFFY MARIE INGLE, and CHRISTINA CHADWELL, and DEENA SCANDORE, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

COTY, INC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/30/2023_

22 Civ. 2696 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated May 26, 2023. ECF No. 71. On May 15, 2023, the Court ordered the parties to state their position on alternative dispute resolution ("ADR"). ECF No. 65. On May 22 and 26, 2023, the parties filed joint letters that do not follow the Court's directives. ECF Nos. 68, 71. The parties' letters state each party's position on ADR and a suggested time for its use, when the submission is required to be a joint one. *E.g.*, ECF No. 71 at 1 ("The parties are mutually amenable and willing to participate in the District's mediation program *or* a mediation conducted by the magistrate judge.") (emphasis added); *id.* at 2 (stating Plaintiffs' and Defendant's separate positions on the timing of any ADR). The Court cannot select an ADR mechanism on behalf of the parties.

    Accordingly, by **June 2, 2023**, the parties shall resubmit a joint letter stating their position on ADR consistent with the Court's orders. *See* ECF Nos. 65, 69.

    SO ORDERED.

Dated: May 30, 2023
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge