```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/6/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH BROWN, MARIE GIORDANO, JESSICA CARDE-HARTMAN, DARLENE BOBCZYK, GWENDOLYN SIMMONS, MARI MILLER, APRIL ZACARIAS, BUFFY MARIE INGLE, and CHRISTINA CHADWELL, and DEENA SCANDORE, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

COTY, INC,

                Defendant.

22 Civ. 2696 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' letters dated May 26 and June 5, 2023. ECF Nos. 72, 75. Defendant requests leave to file a motion to dismiss the amended complaint, ECF No. 64, and proposes a briefing schedule. ECF No. 72 at 1, 3. In their response to Defendant's request, Plaintiffs state that they do not oppose Defendant's proposed briefing schedule. ECF No. 75 at 4. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **July 11, 2023**, Defendant shall file its motion to dismiss;
3. By **August 15, 2023**, Plaintiffs shall file their opposition papers;
4. By **September 15, 2023**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: June 6, 2023
       New York, New York

                                               ANALISA TORRES
                                  United States District Judge