**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEBORAH BROWN, MARIE GIORDANO, JESSICA CARDE-HARTMAN, DARLENE BOBCZYK, GWENDOLYN SIMMONS, MARI MILLER, APRIL ZACARIAS, BUFFY MARIE INGLE, and CHRISTINA CHADWELL, and DEENA SCANDORE, individually and on behalf of all others similarly situated, | Civil Case No. 1:22-cv-02696-AT<br><br>Judge Analisa Torres<br><br>**DEFENDANT COTY, INC'S NOTICE OF MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6)** |
| Plaintiffs, | |
| v. | |
| COTY, INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 500 Pearl Street, New York, New York, 10007-1312, on a date and time to be determined by the above-captioned Court, Defendant Coty, Inc. ("Coty") hereby moves for an order to dismiss Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and for such other relief as the Court may deem just and proper.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Lori B. Leskin, and all pleadings, papers and other documentary materials in the Court's file for this action, those matters of which this Court takes judicial notice and incorporates by reference, and such other matters as this Court may consider.

**STATEMENT OF RELIEF SOUGHT** Coty seeks an order pursuant to 12(b)(1) and 12(b)(6)

dismissing the Amended Complaint for lack of subject matter jurisdiction and failure to state a claim

upon which relief can be granted.

Dated: July 11, 2023
New York, New York

Respectfully submitted,


 */s/ Lori B. Leskin*
Lori B. Leskin
E. Dean Harris Porter
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, New York 10019
Phone: (212) 836-8541
lori.leskin@arnoldporter.com
dean.porter@arnoldporter.com


*Attorneys for Defendant, Coty Inc.*