**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
DEBORAH BROWN, MARIE GIORDANO, JESSICA
CARDE-HARTMAN, DARLENE BOBCZYK,
GWENDOLYN SIMMONS, MARI MILLER, APRIL
ZACARIAS, BUFFY MARIE INGLE, and
CHRISTINA CHADWELL, and DEENA SCANDORE,
individually and on behalf of all others similarly
situated,

Plaintiff,

-against-                                                22 **CIVIL** 2696 (AT)

**JUDGMENT**

COTY INC.,

Defendant.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 01, 2024, Defendant Coty's motion to dismiss pursuant

to Rule 12(b)(1) is GRANTED.

**Dated:**  New York, New York

     April 17, 2024

                                  **RUBY J. KRAJICK**
                                   **Clerk of Court**

**BY:**

                                   **Deputy Clerk**